USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/28/20

**Zare Khorozian Law, LLC**

1047 Anderson Avenue
Fort Lee, NJ 07024
T: (201) 957-7269
F: (201) 224-9841
www.zkhorozianlaw.com
*Licensed in NJ & NY

Zare Khorozian
zare@zkhorozianlaw.com

January 27, 2020

**VIA ECF**
The Honorable Gregory H. Woods
United States District Court Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

**MEMORANDUM ENDORSED**

      **RE:** *Calcano v. PR Design Co., Inc.*
            Case No. 1:19-cv-09583-GHW

Dear Judge Woods:

     The undersigned represents the Plaintiff, Marcos Calcano, on behalf of himself and all other persons similarly situated, in the above captioned action. The Plaintiff respectfully requests a 30-day adjournment/extension of the (1) Initial Conference currently scheduled for February 11, 2020 at 4:30 pm; (2) Initial Conference proposed case management plan submission date; and (3) answer due date. Plaintiff also respectfully requests that this case be removed from the Court's mediation program until an appearance is made in this matter on behalf of Defendant. The purpose of this request is Defendant has not answered or appeared in this action. No prior adjournment/extension request has been made in this matter.

     We thank the Court for its time and consideration.

                                              Respectfully submitted,

                                              Zare Khorozian, Esq.
                                              *Zare Khorozian*
                                              Zare Khorozian
                                              Zare Khorozian Law, LLC

---

The initial pretrial conference scheduled for February 11, 2020 is adjourned to March 12, 2020 at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's October 18, 2019 order are due no later than March 5, 2020. The parties are directed to participate in a mediation which should take place no later than February 27, 2020. The Court will not extend the deadline for Defendant to answer or otherwise respond to the complaint, but will consider such an application from Defendant after it has appeared in this case.

SO ORDERED.

Dated: January 28, 2020                                              _____
New York, New York                                                 GREGORY H. WOODS
                                                                    United States District Judge